UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGELA GATES,<br><br>    Plaintiff,<br><br>    v.<br><br>TRAMMELL CROW SERVICES, INC. *et al.*,<br><br>    Defendants. | Civ. A. No. 05-336 (JMF) |

**ORDER**

This matter is before me for all purposes including trial. The parties have filed a <u>Stipulation of Dismissal Without Prejudice and Order</u>, indicating that they stipulate to the dismissal without prejudice of the named defendants, Trammell Crow Company and Trammell Crow Real Estate Services, Inc. The stipulation is, hereby, **APPROVED** and the defendants, Trammell Crow Company and Trammell Crow Real Estate Services, Inc., are hereby **DISMISSED without prejudice.**

    **SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: